Robert J. Donaher, Esq. (RD 8238)
Walder Hayden, P.A.
5 Becker Farm Rd.
Roseland, NJ 07068
(973) 992-5300
rjdonaher@walderhayden.com

John P. Fuller, Esq., *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
jpf@fullerfuller.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | | |
|---|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually, | : | |
| | : | |
| | : | |
| | : | |
| Plaintiffs, | : | Case No.  3:15-cv-08671-PGS-TJB |
| | : | |
| vs. | : | |
| | : | |
| WENDY'S OLD FASHIONED HAMBURGERS OF NEW YORK, LLC, an Ohio Limited Liability Company, and MIDWEND FOODS, INC., a New Jersey Corporation, | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | | |

_____/

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

***(only as to Wendy's Old Fashioned Hamburgers of New York, LLC,
an Ohio Limited Liability Company)***

COME NOW Plaintiffs, The Independence Project, Inc., a New Jersey Non-Profit

Corporation, and Ronald Moore, Individually, by and through undersigned counsel, and herein

file this Notice of Voluntary Dismissal as to Defendant Wendy's Old Fashioned Hamburgers of

New York, LLC, an Ohio Limited Liability Company, pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(i).

Nothing herein shall affect the lawsuit against Defendant Midwend Foods, Inc., a New Jersey Corporation.

Respectfully submitted,

Dated: 12/29/2015

/s/ Robert J. Donaher
Robert J. Donaher, Esq. (RD 8238)
Walder Hayden, P.A.
5 Becker Farm Rd.
Roseland, NJ 07068
(973) 992-5300
rjdonaher@walderhayden.com
and
John P. Fuller, Esq., *pro hac vice pending*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
(305) 893-9505 – Facsimile
jpf@fullerfuller.com

Counsel for Plaintiffs The Independence
Project, Inc. and Ronald Moore

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of December, 2015, a true and correct copy of the foregoing was filed via the Court's CM/ECF system.

I FURTHER CERTIFY that service will be made via U.S. Mail and Electronic Mail upon counsel for Wendy's Old Fashioned Hamburgers of New York, LLC , Shawn Karasarides, Vice President-Corporate Counsel, The Wendy's Company, One Dave Thomas Boulevard, Dublin, OH 43017, shawn.karasarides@wendys.com, and upon Defendant Midwend Foods, Inc., via service of process.

/s/ Robert J. Donaher
Robert J. Donaher, Esq. (RD 8238)
WALDER HAYDEN, P.A.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
aksiddiqi@walderhayden.com
*Attorneys for Plaintiff*