UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation, and RONALD MOORE, Individually,

    Plaintiffs,

vs.

MIDWEND FOODS, INC., a New Jersey Corporation,

    Defendant.

Case No. 3:15-cv-08671-PGS-TJB

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiffs, The Independence Project, Inc. and Ronald Moore, by and through their undersigned counsel, and inform the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1.    The Plaintiffs request that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of Final Order or Judgment, or, on good cause shown, to re-open the case for further proceedings.

The Independence Project, Inc., et al.
v. Wendy's Old Fashioned Hamburgers
Case No. 3:15-cv-08671-PGS-TJB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **21st** day of **March, 2016**, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System. I further certify that a true and correct copy of the foregoing will be sent via Notice of Electronic Filing via the Court's CM/ECF System to Attorneys for the Defendant, Defendant, Hillary A. Fraenkel, Esq., HAFraenkel@MDWCG.com, Marshall, Dennehey, Warner, Coleman & Goggin, 425 Eagle Rock Avenue, Suite 302, Roseland, NJ 07068.

Respectfully Submitted,

**/s/Robert J. Donaher**
Robert J. Donaher, Esq.
Walder, Hayden, P.A.
5 Becker Farm Road
Roseland, NJ 07066-1727
Telephone: (973) 992-5300
Facsimile: (973) 992-1505
rjdonaher@walderhayden.com
and
John P. Fuller, Esquire, *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs*