RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MAR 23 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| The Independence Project, Inc., a New Jersey Non-Profit Corporation, and Ronald Moore, Individually,<br>　　　　Plaintiffs<br>　　v.<br>Midwend Foods, Inc., a New Jersey Corporation<br>　　　　Defendant. | Civil Action No.15-cv-8671 (PGS)<br><br>ORDER |

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

IT IS on this 22nd day of March, 2016,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party may reopen for good cause shown within sixty days. The court retains jurisdiction over the agreement to enforce the terms.

_____
PETER G. SHERIDAN, U.S.D.J.