UNITED STATES DISTRICT COUT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation and RONALD MOORE, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>MIDWEND FOODS, INC., a New Jersey Corporation,<br><br>Defendant. | Case No: 3:15-cv-08671-PGS-TJB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

Asaad K. Siddiqi, Esq. (AS9150)
Pashman, Stein, Walder, Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Facsimile: (201) 488-5556
asiddiqi@pashmanstein.com
and
John P. Fuller. Esq., *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs*

Date: 6/6/16

Hilary A. Fraenkel, Esq.
Attorney I.D. Number: 016792000
Marshall, Dennehey, Warner,
Coleman & Goggin, P.C.
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
Telephone: (973) 618-4113
Facsimile: (973) 618-0685
HAFraenkel@mdwcg.com
*Attorneys for Defendant, Midwend Foods, Inc.*

Date: 4/20/16

LEGAL/104157204.v1