UNITED STATES DISTRICT COUT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation and RONALD MOORE, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>MIDWEND FOODS, INC., a New Jersey Corporation,<br><br>Defendant. | Case No: 3:15-cv-08671-PGS-TJB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |
|---|---|

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, and the Defendants, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at _____, _____, this 15 day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record

LEGAL/104498626.v1