UNITED STATES DISTRICT COUT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation and RONALD MOORE, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>MIDWEND FOODS, INC., a New Jersey Corporation,<br><br>Defendant. | Case No: 3:15-cv-08671-PGS-TJB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

*/s/ Asaad K. Siddiqi*

Asaad K. Siddiqi, Esq. (AS9150)
Pashman, Stein, Walder, Hayden
Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601
Telephone: (201) 488-8200
Facsimile: (201) 488-5556
asiddiqi@pashmanstein.com
and
John P. Fuller. Esq., *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs*

Date: 6/6/16

*/s/ Hilary A. Fraenkel*

Hilary A. Fraenkel, Esq.
Attorney I.D. Number: 016792000
Marshall, Dennehey, Warner,
Coleman & Goggin, P.C.
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
Telephone: (973) 618-4113
Facsimile: (973) 618-0685
HAFraenkel@mdwcg.com
*Attorneys for Defendant, Midwend Foods, Inc.*

Date: 4/20/16

SO ORDERED: /s/
6/15/16